# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JERRY ROCHELLE, on behalf of**
**himself and all others similarly situated**　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 5:19-cv-255 KGB**

**FABER AND BRAND, L.L.C.**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is plaintiff Jerry Rochelle's motion to dismiss with prejudice (Dkt. No. 22). Mr. Rochelle represents that he and defendant Faber and Brand, L.L.C., have resolved plaintiff's claims against defendant. As a result, he requests that the Court dismiss with prejudice his claims against defendant and that the parties bear their respective court costs and fees. No class has been certified by the Court in this case.

Upon consideration, the Court finds that Mr. Rochelle's motion complies with the terms of Federal Rule of Civil Procedure 41(a)(2). For good cause, the Court grants the motion. Mr. Rochelle's claims against defendant are dismissed with prejudice, with each party to bear their respective court costs and fees. The remaining pending motions are denied as moot (Dkt. Nos. 9, 12, 14, 17).

It is so ordered this 8th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　_Kristine G. Baker_
　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　United States District Judge